```
1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-358-05 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| JOSE QUINTERO-FERNANDEZ | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from May 21, 2012 to June 11, 2012 at 9:30 a.m. for a change of plea hearing. They stipulate that the time between May 21, 2012 and June 11, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence and for continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

A plea agreement between the above-entitled defendant and the government has been reached, has been given supervisor

1

approval and needs to be reduced to writing.  Defense counsel is presently engaged in a state court jury trial that is expected to last at least another week.  Because of this defense counsel will be unable to attend or confer with his client in advance of the status conference presently set for May 21, 2012.  Once reduced to writing, defense counsel will need some additional time to review the terms of the plea agreement with the defendant and must travel to the Nevada City Jail to accomplish this task.

    The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

    Respectfully Submitted,

    BENJAMIN B. WAGNER
    United States Attorney

DATE: May 16, 2012    By:    /s/ Heiko P. Coppola
    HEIKO P. COPPOLA
    Assistant U.S. Attorney

DATE: May 16, 2012
    /s/ Olaf Hedberg
    OLAF HEDBERG
    Attorney for Defendant Jose Quintero Fernandez

**SO ORDERED.**

DATE: May 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE